# EXHIBIT 5



New!
Salba Recipes

Salba & Quinoa Salad (Vegetarian)
» Click Here

Salba Chicken with Curry Yogurt Sauce
» Click Here

» View All Salba Recipes

## Salba Recipes
Salba's® neutral flavor makes it an ideal ingredient in almost any recipe.

Browse Salba® Recipes

Certified:
Non-GMO
Gluten-Free
Kosher
Vegan

**Nutrition Facts:**
Gram for Gram, Salba® has...

**MORE** Antioxidants Than Blueberries 

**MORE** Calcium Than Whole Milk 

**MORE** Magnesium Than Broccoli 

**MORE** Dietary Fiber Than Flax Seed 

**MORE** Omega-3s Than Salmon 

» View Salba® Nutrition Facts

## Salba - Nature's Perfect Whole Food
### Omega 3s, Fiber, Antioxidants, & Much More...

Salba is an amazing natural food source of Omega 3 fatty acids and fiber. If you're trying to get the nutritional benefits of eating fish, drinking milk, and munching blueberries, you can easily get the Omega 3's. Calcium and antioxidants you need with Salba! Salba is all-natural, has no trans-fats, very few carbohydrates, and is certified Non-GMO, Vegan, Kosher, and Gluten-Free.

Take a look at our Herb & Salba Ricotta Spread, Salba Spinach & Artichoke Dip, or Salba Fudge Nut Brownies. And that's just for starters. Salba meets your nutritional needs, delights your taste, and is easy on your budget. Radiant health can be yours in a snap of the fingers and a twirl of the spoon.

Learn More



» View All Salba® Products

Buy Salba® »

Salba ® Official Website Copyright © 2010-2012 Ancient Naturals, LLC. All rights reserved.   |   About Us   |   Contact Us   |   Site Map

Salba Home   Salba Store   Nutrition Facts   Products   Recipes   Reviews

This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

- Gram for Gram Nutritional Comparisons
- Salba vs. Common Chia
- Salba vs. Flax
- Salba - A Superior Source of Omega-3s



New! Salba Recipes

Salba Oriental Chicken Salad
» Click Here

Carrot-Ginger Salba Muffins (GF)
» Click Here

» View All Salba Recipes

## Salba is a Superior Source of Omega 3s, Fiber, and Much More



Gram for Gram Nutrition Comparisons | More Info

| | | |
|---|---|---|
| **MORE** ALA Omega-3s Than Salmon |  | Salba offers excellent Omega 3 ALA benefits to fish oils and salmon without the strong taste. Omega-3 fatty acids play a crucial role in brain function, growth and development. Salba is an outstanding vegan source of natural EFAs. |
| **MORE** Dietary Fiber Than Flax Seed |  | Dietary fiber supports healthy digestive function and promotes natural detoxification. Because of Salba's ability to absorb between 10-12 times its weight in water, it creates a sensation of fullness that can help curb hunger. |
| **MORE** Antioxidants Than Blueberries |  | Antioxidants are nutrients in our foods which can slow oxidative damage to our body. When our body's cells use oxygen, they naturally produce free radicals that can cause damage to our tissues, including major organs and skin which tend to accelerate the aging process. |
| **MORE** Magnesium Than Broccoli |  | Magnesium helps with formation of bone and teeth and assists the absorption of calcium and potassium. Where calcium stimulates the muscles, magnesium is used to relax the muscles. |
| **MORE** Calcium Than Whole Milk |  | Calcium is the chief supportive element in bones and teeth. Calcium salts make up about 70 percent of bone by weight and supports the bones strength and rigidity. |
| **MORE** Iron Than Spinach |  | The main function of iron is to help carry oxygen from the lungs to the muscles and other organs. When iron is low, this oxygen consumption slows down. |
| **MORE** Folate than Asparagus | | Folate is needed to make DNA and RNA - which is critical during periods of rapid cell division and growth such as infancy and pregnancy. |

Salba ® Official Website Copyright © 2010-2012 Ancient Naturals, LLC. All rights reserved.   |   About Us   |   Contact Us   |   Site Map

Salba Home   Salba Store   Nutrition Facts   Products   Recipes   Reviews

This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

- Salba Seed Oil Softgels (90 ct.)
- Salba Singles (15 packets)
- Salba Whole Food Bars (15 ct.) *Cranberry Nut*
- Salba Whole Food Bars (15 ct.) *Tropical Fruit*
- Salba Whole Food Bars (15 ct.) *Mixed Berry*

*New!* Salba Recipes

Beef & Broccoli Salba Stir-Fry
» Click Here

Salba Crackers (GF)
» Click Here

» View All Salba Recipes

## Take a closer look



### Salba Whole Seed (16oz)
The original. An amazing whole food source of Omega 3's† and Fiber. Sprinkle it on cereal and salads or mix it into sauces and soups.

» Learn more    Buy Now »

### Salba Ground Seed (9.5oz)
A convenient, milled version of Salba Whole Seed, with the same ALA Omega-3 and Fiber nutritional benefits. Add it to yogurt, smoothies, and baked recipes.

» Learn more    Buy Now »

### Salba Seed Oil (12oz)
Each 1 Tbsp serving contains over 8,300mg of Omega-3s†. Perfect for your everyday salad dressings, marinades, dips or light sautés.

» Learn more    Buy Now »

### Salba Seed Oil Softgels (90 ct.)
A "take it with you" alternative for Salba Seed Oil lovers! For those who prefer the power of Salba's Omega 3's† in an easy to take softgel.

» Learn more    Buy Now »

### Salba Singles (15 packets)
For on-the-go whole food nutrition, each Salba Singles packet contains a 12g serving of Salba Whole Seed. Sprinkle into yogurt, salads, soup, or smoothies.

» Learn more    Buy Now »

### Salba Whole Food Bars (15 ct.) *Cranberry Nut*
Made with premium cranberries, almonds, cashews, and gluten-free oats, this popular bar tastes like dessert and delivers balanced whole food nutrition

» Learn more    Buy Now »

### Salba Whole Food Bars (15 ct.) *Tropical Fruit*
Our most popular flavor, each bar is full of premium whole food ingredients like organic coconut, gluten-free oats, and organic agave nectar.

» Learn more    Buy Now »

### Salba Whole Food Bars (15 ct.) *Mixed Berry*
An antioxidant-rich treat made with Sambazon™ Acai berries from the Amazon and a full 12g serving of heart-healthy, ALA Omega-3-rich Salba seeds.

» Learn more    Buy Now »

Salba ® Official Website Copyright © 2010-2012 Ancient Naturals, LLC. All rights reserved.    |    About Us    |    Contact Us    |    Site Map

Salba Home   Salba Store   Nutrition Facts   Products   Recipes   Reviews

This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.



MORE
Calcium Than
Whole Milk

MORE
Magnesium
Than Broccoli

MORE
Dietary Fiber
Than Flax Seed

MORE
Omega-3s
Than Salmon



» View Salba® Nutrition Facts

## Salba Irish Hummus



**Description**

Hummus is a chickpea paste that is popular in various local forms throughout the Middle East, but its origins are unknown. In Arabic the word hummus is used to describe the dish or just chickpeas. This Salba Irish Hummus is flavorful and nutritious with an abundance of protein, fiber, and omega-3s. It is best served with warm whole wheat pita or whole grain crackers as an hors d'oeuvre for a spring picnic. » View Now

## Salba Spinach & Artichoke Dip



**Description**

This dip is consistently the hit of the Salba team picnic, and is a Salba original. It goes great with crostini or warmed whole wheat pita. Serves 8-10. » View Now

## Salba Turkey Chili with Cheddar Cheese



**Description**

Turkey chili and cheddar cheese are about as American as apple pie, but not often thought of as a healthy meal. By adding a serving of Salba to each bowl, each bowl has 100% of the RDA of omega-3s and about 20% of the RDA of fiber. Serves 4. » View Now

Salba ® Official Website Copyright © 2010-2012 Ancient Naturals, LLC. All rights reserved.    |    About Us    |    Contact Us    |    Site Map

Salba Home    Salba Store    Nutrition Facts    Products    Recipes    Reviews

This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.





## News & Articles

Currently under construction.

**Salba Media**
» News
» Testimonials
» Salba Recipes

This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.