



# Salba
By Ancient Naturals

*El Alimento Integral Perfecto de la Naturaleza™*

HOME | INFO NUTRICIONAL | PRODUCTOS SALBA® | PRENSA SALBA® | Encuentre una Seleccione un esta ▼ »»



## Productos Salba

» Producto
» Semilla Integral
» **Semilla Molida**
» Aceite de Semilla (16oz)
» Gel de Aceite de Semilla
» Gel de Aceite de Semilla - Protecten
» Gel de Aceite de Semilla - SalbaMune™

*Nuevo* Recetas Salba

Tarta crujiente azucarada de frutos rojos Salba
»Haga click aquí

Ricotta de hierbas untable
»Haga click aquí

>Vea todas las Recetas de Salba

## Semilla Molida

La semilla molida Salba® contiene el mismo paquete nutritivo que la semilla integral Salba® con el mismo sabor agradable. Pre-molida para mejor uso en yogurt, cereal, colaciones, sopas y recetas para hornear. Para un mejor uso, también viene en un envase con tapa a presión con cierre vertedor/para agitar.

**Compre Salba® »»**

### Los beneficios de usar Salba:

- Promueve la salud cardiovascular
- Mejora las articulaciones y la movilidad
- Mejora la digestión
- Ayuda a regularizar el proceso digestivo
- Fácil de mezclar en ensaladas y salsas
- En botellas de 12.7 oz.
- Visite nuestra página de información nutriciona

Supplement Facts

Enlarge Supplement Facts

Sitio Oficial Salba ® © 2008 Ancient Naturals, LLC. Todos los derechos reservados.   |   **Nosotros**   |   **Contáctenos**   |   **Mapa del Sitio**

Salba   Salba Grano   Semilla Salba   Semillas Salba   Recetas Salba   Comentarios Salba



# Salba
### By Ancient Naturals

*El Alimento Integral Perfecto de la Naturaleza™*

HOME    INFO NUTRICIONAL    PRODUCTOS SALBA®    PRENSA SALBA®    Encuentre una  Seleccione un esta ▼  »»

## Productos Salba

» Producto
» Semilla Integral
» Semilla Molida
» **Aceite de Semilla (16oz)**
» Gel de Aceite de Semilla
» Gel de Aceite de Semilla - Protecten
» Gel de Aceite de Semilla - SalbaMune™

### Aceite de Semilla (16oz)

La fórmula de semilla de aceite Salba® contiene la mezcla ideal de ácidos grasos Omega-3 y Omega-6. El uso regular promueve la salud cardiovascular, fomenta la flexibilidad de las articulaciones, nutre la piel y el cabello, y favorece el metabolismo graso. Viene en envases de 16oz. Envases de plástico reciclado.

**Compre Salba® »»**



#### Los beneficios de usar Salba:

- Promueve la salud cardiovascular
- Mejora las articulaciones y la movilidad
- Mejora la digestión
- Ayuda a regularizar el proceso digestivo
- Fácil de mezclar en ensaladas y salsas
- En botellas de 12.7 oz.
- Visite nuestra página de información nutriciona

Enlarge Supplement Facts

*Nuevo*
### Recetas Salba

**Tarta crujiente azucarada de frutos rojos Salba**
»Haga click aquí

**Ricotta de hierbas untable**
»Haga click aquí

»Vea todas las Recetas de Salba

Sitio Oficial Salba ® © 2008 Ancient Naturals, LLC. Todos los derechos reservados.   |   **Nosotros**   |   **Contáctenos**   |   **Mapa del Sitio**

Salba   Salba Grano   Semilla Salba   Semillas Salba   Recetas Salba   Comentarios Salba



# Salba
## By Ancient Naturals

*El Alimento Integral Perfecto de la Naturaleza™*

| HOME | INFO NUTRICIONAL | PRODUCTOS SALBA® | PRENSA SALBA® | Encuentre una | Seleccione un esta ▾ | »» |

### Productos Salba

- » Producto
- » Semilla Integral
- » Semilla Molida
- » Aceite de Semilla (16oz)
- » **Gel de Aceite de Semilla**
- » Gel de Aceite de Semilla - Protecten
- » Gel de Aceite de Semilla - SalbaMune™

## Gel de Aceite de Semilla

Las cápsulas de gel de aceite de semilla Salba® ofrecen el mismo valor nutricional y beneficios para la salud que el aceite Salba®. Estas cómodas cápsulas de gel cuentan con la mayor calidad de micro nutrientes y tocoferoles naturales. Vienen 90 cápsulas de gel por botella.

**Compre Salba® »**

### Los beneficios de usar Salba:

- Promueve la salud cardiovascular
- Mejora las articulaciones y la movilidad
- Mejora la digestión
- Ayuda a regularizar el proceso digestivo
- Fácil de mezclar en ensaladas y salsas
- En botellas de 12.7 oz.
- Visite nuestra página de información nutriciona



Enlarge Supplement Facts

*Nuevo*
## Recetas Salba

Tarta crujiente azucarada de frutos rojos Salba
»Haga click aquí

Ricotta de hierbas untable
»Haga click aquí

»Vea todas las Recetas de Salba



# Salba
### By Ancient Naturals

*El Alimento Integral Perfecto de la Naturaleza™*

| HOME | INFO NUTRICIONAL | PRODUCTOS SALBA® | PRENSA SALBA® | Encuentre una | Seleccione un esta... ▼ | ›› |

## Productos Salba

» Producto
» Semilla Integral
» Semilla Molida
» Aceite de Semilla (16oz)
» Gel de Aceite de Semilla
» **Gel de Aceite de Semilla - Protecten**
» Gel de Aceite de Semilla - SalbaMune™

*Nuevo* **Recetas Salba**

Tarta crujiente azucarada de frutos rojos Salba
»Haga click aquí

Ricotta de hierbas untable
»Haga click aquí

»Vea todas las Recetas de Salba



## Gel de Aceite de Semilla - Protecten

Las cápsulas de gel de aceite Salba® Protecten son tan ricas en fitosteroles y policosanol nano-dispersado como en ácidos grasos Omega-3 y Omega-6. Esta exclusiva mezcla de antioxidantes atesora una formulación diseñada para una óptima salud cardíaca y ventajas en cuanto al nivel de colesterol. Vienen 60 capsulas de gel por botella.

**Compre Salba® ››**

**Los beneficios de usar Salba:**

- Promueve la salud cardiovascular
- Mejora las articulaciones y la movilidad
- Mejora la digestión
- Ayuda a regularizar el proceso digestivo
- Fácil de mezclar en ensaldas y salsas
- En botellas de 12.7 oz.
- Visite nuestra página de información nutricional

**Supplement Facts**

Enlarge Supplement Facts

W3C XHTML 1.0

# Salba
### By Ancient Naturals

*El Alimento Integral Perfecto de la Naturaleza™*

| HOME | INFO NUTRICIONAL | PRODUCTOS SALBA® | PRENSA SALBA® | Encuentre una Seleccione un esta ▼ |

## Productos Salba

- » Producto
- » Semilla Integral
- » Semilla Molida
- » Aceite de Semilla (16oz)
- » Gel de Aceite de Semilla
- » Gel de Aceite de Semilla - Protecten
- » **Gel de Aceite de Semilla - SalbaMune™**



## Gel de Aceite de Semilla - SalbaMune™

La formulación de la cápsulas de gel de aceite SalbaMune™ combina un aceite rico en nutrientes de semilla Salba® con extracto de semilla de arándano e ImmunoViva que da como resultado nuestra formulación de aceite más rica en antioxidantes. No encontrará un producto mejor para mejorar el sistema inmunológico en el mercado.

### Compre Salba® »

### Los beneficios de usar Salba:

- Promueve la salud cardiovascular
- Mejora las articulaciones y la movilidad
- Mejora la digestión
- Ayuda a regularizar el proceso digestivo
- Fácil de mezclar en ensaldas y salsas
- En botellas de 12.7 oz.
- Visite nuestra página de información nutriciona

**Supplement Facts**

Enlarge Supplement Facts

### New! Recetas Salba

Tarta crujiente azucarada de frutos rojos Salba
»Haga click aquí

Ricotta de hierbas untable
»Haga click aquí

»Vea todas las Recetas de Salba

Sitio Oficial Salba ® © 2008 Ancient Naturals, LLC. Todos los derechos reservados.   |   Nosotros   |   Contáctenos   |   Mapa del Sitio

Salba   Salba Grano   Semilla Salba   Semillas Salba   Recetas Salba   Comentarios Salba





**By Ancient Naturals**

*El Alimento Integral Perfecto de la Naturaleza™*

Donde Comprar Salba  English  Europa  Contáctenos

HOME    INFO NUTRICIONAL    PRODUCTOS SALBA®    PRENSA SALBA®    Encuentre una Seleccione un esta⏷  »»

## Prensa de Salba

» **Salba Media**
» Novedades
» Testimonios
» Recetas de Salba





**Libre de Gluten**
**Vegetariano**
**Sin GMO**

## Testimonios

**M. Lou** Woodstock, Ontario

""Durante meses tuve problemas estomacales. Cada vez que me recostaba, sufría de indigestión severa y no lograba tolerar ningún tipo de alimento. De ..."

🔍 Leer más

**Dr. Jack Bukowski**

""Descubrí que Salba, cuando se ingiere con el desayuno, detiene el marcado aumento del azúcar en sangre una hora después del desayuno. Este ..."

🔍 Leer más

**M. Keener**

""Como especialista en bioquímica nutricional, siempre estoy buscando nuevos alimentos integrales que mis clientes puedan incorporar a su dieta. (Con Salba) muchas personas ..."

🔍 Leer más

**M. Guerrero** Dallas, TX

""Hoy, mi familia comenzó la limpieza anual primaveral del jardín... para mi sorpresa, me encontré en mejor estado físico ahora que hace quizás ..."

🔍 Leer más

## Estudios Clínicos

El complemento de los tratamientos convencionales con el nuevo cereal Salba (Salvia hispánica L.) mejora los principales factores de riesgo de enfermedad cardiovascular en casos de diabetes tipo 2.

🔍 Descargar PDF

## Ultimas Noticias

20.11.07 **El cereal derivado del Azteca puede disminuir los riesgos de enfermedad cardíaca por diabetes** NUEVA YORK (Reuters Health) – Las personas con diabetes tipo 2 pueden disminuir los riesgos de afecciones cardiovasculares comiendo cereales integrales heredados de los antiguos Aztecas, según sugieren investigadores canadienses.

14.11.07 **Salba demostró reducir los factores de riesgo de CVD en diabetes tipo 2** Existen cada vez más pruebas que demuestran que el cereal integral puede jugar un rol importante en la prevención de enfermedades crónicas. La aceptación colectiva de los cereales integrales por parte de las principales instituciones de salud del mundo, incluido el informe aprobado de salud de la Food and Drug Administration (1), se sustenta en varios estudios epidemiológicos y de población posible que sugieren una marcada relación inversa entre un mayor consumo de alimentos con cereal integral y un menor riesgo de diabetes...

🔍 Archivo Completo

## Ultimas Recetas

**Ensalada de pollo Salba**
¡Ha llegado el almuerzo perfecto! Salba es un producto tan versátil y neutro que agrega un toque crujiente sensacional a su ensalada preferida. Pruebe nuestra versión de un clásico favorito.

**Galletitas de Salba**
Este refrigerio es genial para acompañar con la pasta de ricota Salba (ver la categoría Aperitivos a la derecha). Perfectas para comer en el camino o en la oficina.

**Pollo relleno**
Una pechuga de pollo con tradicional salsa cremosa de hongos ¡con un toque orgánico! ¡Un favorito!

**Ricotta de hierbas untable**
Una pasta perfecta para untar galletitas o tostadas. Siempre un favorito en las fiestas.

**Tarta crujiente azucarada de frutos rojos Salba**
La mejor opción para toda la familia. Tome un postre clásico e incorpórele un toque moderno de comida integral. Un postre saludable y funcional que sus invitados ¡van a adorar !

**Pan de zapallitos Salba**
Esta receta seguramente exaltará al vegetariano que hay en usted. Si quiere algo saludable con un sabor algo fuera de lo común, ¡pruebe esto hoy!

🔍 Ver las 6 recetas

**Sitio Oficial Salba ® © 2008 Ancient Naturals, LLC. Todos los derechos reservados.**  |  **Nosotros**  |  **Contáctenos**  |  **Mapa del Sitio**

Salba   Salba Grano   Semilla Salba   Semillas Salba   Recetas Salba   Comentarios Salba



# Salba
### By Ancient Naturals

*El Alimento Integral Perfecto de la Naturaleza™*

| HOME | INFO NUTRICIONAL | PRODUCTOS SALBA® | PRENSA SALBA® | Encuentre una | Seleccione un esta ▼ | » |

## Por Estado

» Alabama
» Alaska
» Arizona
» Arkansas
» California
» Colorado
» Connecticut
» Florida
» Georgia
» Idaho
» Illinois
» Indiana
» Iowa
» Kansas
» Kentucky
» Louisiana
» Maryland
» Massachusetts
» Michigan
» Minnesota
» Missouri
» Nevada
» New Hampshire
» New Jersey
» New Mexico
» New York
» North Carolina
» Ohio
» Oklahoma
» Oregon
» Pennsylvania
» South Dakota
» Tennessee
» Texas
» Utah
» Virginia
» Washington
» Wisconsin
» Wyoming

## Encuentre un Negocio Llevando un Producto Salba®

Para encontrar un negocio en su area, seleccione su estadao en el mapa que está debajo







**SalbaRx**
(Salvia hispanica L.)



## Salba Rx: Salba is Nature's Perfect Functional Superfood

**The Richest Whole Food Source of Omega-3s and Fiber in Nature**
Salba Rx is a breakthrough in nutritional science, combining two of nature's most powerful superfoods: Salba, the ancient grain of the Aztecs and maca root, a legendary food prized by Incan warriors.

Gram for gram, Salba leaves other nutrient sources in the dust, containing:


**8x More Omega-3s**
Than Salmon


**30% More Antioxidants**
Than Blueberries


**6x More Calcium**
Than Whole Milk


**25% More Fiber**
Than Flax Seed

**15x More Magnesium**
Than Broccoli

**5x More Folate**
Than Spinach


**2x More Potassium**
Than a Banana

**6x More Iron**
Than Kidney Beans


**70% More Protein**
Than Soy Beans

> More Nutrition Information

**Backed By Scientific Evidence and Clinical Studies**
Salba has undergone dozens of clinical studies and is acclaimed by industry-leading nutrition researchers, including Dr. Vladimir Vuksan, a founding researcher of the Glycemic Index.

> More Scientific Information

**A Convenient Whole Food for Any Diet**
Salba RX can be integrated into any diet seamlessly, with versatility superior to oats, hemp, soy, and even flax seed. It is easily added to smoothies, salads, soups, breads, yogurt, oatmeal, and much more.

> How to Use Salba Rx


**Doctors:** For information about carrying Salba Rx, contact us.

### Want to Buy SalbaRx Online?


**Visit Store »**

**Salba Rx Naturally Supports:**
- Cardiovascular Health
- Muscle Energy & Endurance
- Joint Function & Mobility
- Digestive Regularity & Detoxification
- Stabilized Blood Sugar Levels
- Reduced Blood Sugar
- Memory & Mental Clarity
- Hormone Modulation
- Heightened Libido Function


**Clinical Study "NEW"**
Salba Improves Major and Emerging CVD Risk Factors in Type 2 Diabetes

**Find a Practitioner**
Search a List of Licensed Doctors and Practitioners Carrying Salba Rx.

Copyright 2008-2011 Ancient Naturals, LLC.


**Ancient**
NATURALS


**(Salvia hispanica L.)**

## Salba Rx: The World's Most Nutrient-Dense Functional Food
Combining Two Powerful Ancient Superfoods from Peru: Salba & Maca Root

### Salba: Nature's Richest Whole Food Source of Omega-3s & Fiber

Salba is the only evidence-based variety of Salvia hispanica L, the recently re-discovered grain that was once the nutritional cornerstone of Aztec society. Today, Salba is known to be the richest whole food source of many vital nutrients including omega-3 fatty acids and fiber. Salba has been clinically proven to support:

- Cardiovascular Health
- Joint Function & Mobility
- Digestive Regularity
- Natural Detoxification

- Muscle Energy & Endurance
- Stabilized Blood Sugar Levels
- Memory & Mental Clarity
- Reduced Blood Pressure



### Maca Root: A Powerful Adaptogen Packed with Phytonutrients

Maca root (Lepidium meyenii) was eaten by Incan warriors to improve stamina during battle. Packed with amino acids, phytonutrients, sterols, fatty acids, alkaloids, protein, and fiber, maca root has been shown to support:

- Natural Energy
- Hormone Modulation
- Increased Brain Function

- Heightened Libido Function
- Enhanced Fertility in Women

**3.5oz. of Salba Per Day is Equivalent to:**

**Fats, Oils, & Sweets**

**>100%** the recommended intake of Omega-3 fatty acids Los ALAI

**Meat & Poultry/Fish**
**44%** RDA of Protein
**111%** RDA of Phosphorus
**99%** RDA of Iron-Mobali / **44%** RDA of Iron (Females)


**Milk & Dairy**
**77%** of the recommended intake of Calcium


**Vegetables**
**100%** RDA of Magnesium
**94%** of Potassium
**52%** The Magnesium Content of Braised Swiss Chard


**Fruits**
**50%** of the recommended intake of Vitamin C

**Breads & Cereals**
**100%** RDA of Fiber


**20%** RDA of Folate
**64%** RDA of Thiamin
**48%** RDA of Niacin


**Gram for gram, Salba contains:**



| | | |
|---|---|---|
| **8x More Omega-3s** Than Salmon | **30% More Antioxidants** Than Blueberries | **6x More Calcium** Than Whole Milk |
| **25% More Fiber** Than Flax Seed | **15x More Magnesium** Than Broccoli | **5x More Folate** Than Spinach |
| **2x More Potassium** Than a Banana | **6x More Iron** Than Kidney Beans | **70% More Protein** Than Soy Beans |

 Doctors: For information about carring Salba Rx, **contact us**

---

## Want to Buy SalbaRx Online?

**Visit Store »**

### Amount Per Serving (15g):

| | |
|---|---|
| Omega-3 Fatty Acids | 2,350mg |
| Omega-6 Fatty Acids | 570mg |
| Dietary Fiber | 4g |
| Calcium | 102mg |
| Protein | 3g |
| Magnesium | 102mg |
| Iron | 3g |


**Supplement Facts**
Click here to download the Complete Salba Rx Nutrition Facts Panel


**Clinical Study *NEW***
Salba improves Major and Emerging CVD Risk Factors in Type 2 Diabetes


**Find a Practitioner**
Search a List of Licensed Doctors and Practitioners Carrying Salba Rx



## Salba Rx: Clinically Researched and Scientifically Proven
### An Unparalleled Agricultural Process Yielding a Superior Nutritional Result

Salba is grown utilizing a unique agronomic process which involves careful attention to climate, irrigation, soil composition, sunlight distribution and lifespan. This respect for detail results in the most nutrient-dense whole food found in nature.

To analyze the effect of this process, Salba has undergone meticulous clinical evaluation. Most notably, Salba was recently the subject of a clinical study published in Diabetes Care Journal (Vol 30, No 11) proved **Salba Improves Major and Emerging Cardiovascular Risk Factors in Type 2 Diabetes.**

 Download the Complete Study



*"Due to Salba's extremely high content of Omega-3 fatty acids, nutrient rich composition, and the results we've witnessed, Salba create exceptional possibilities for the improvement of human health and nutrition. Nothing else in the field of nutrition has come close to matching these exceptional results. Salba can be considered the perfect functional food."*

**Dr. Vladimir Vuksan**
Co-founder of the Glycemic Index
Faculty of Medicine, University of Toronto

### Figure 1: Blood Sugar Levels

In this clinical study to evaluate Salba's effect on blood sugar levels, Salba was added to bread and the participants were subjected to varying doses. The results showed that a standard 15g serving of Salba reduces blood sugar by 25% and a larger 24g dose **reduces blood sugar by 45%.**



Control (0g)
Low (7.3g)
Int (15.6g)
High (24g)

### Figure 2: Antioxidant Composition

A study evaluating the myricetin content of whole foods with the highest known levels. **Salba is the highest known natural source of myricetin.**

| Food | Myricetin Content/100 g* |
|---|---|
| **Salba** | **180** |
| *Dry green tea leaves* | *108.25* |
| *Brewed green tea* | *1.10* |
| Fennel leaves | 19.8 |
| Sweetpotato leaves | 9.74 |
| Parsley | 8.08 |
| European black currants | 7.81 |
| Cranberries | 4.33 |
| Red wine | 0.73 |

### Figure 3: Fatty Acid Composition

Long-term evaluation of blood fatty acid composition after 3 months of Salba consumption. **Salba increases EPA levels significantly.**

| Fatty Acids | Control | Salba |
|---|---|---|
| Sum SFA[a] | 31.19±0.945 | 32.96±1.43 |
| Sum MUFA[a] | 32.01±0.723 | 31.61±1.01 |
| **ALA 18:3n-3** | **1.19±0.132** | **2.48±0.32** |
| **EPA 20:5n-3** | **0.102±0.004** | **0.189±0.002** |
| DHA 22:6n-3 | 0.445±0.032 | 0.476±0.002 |
| Sum n-3 PUFA[a] | 3.73±0.337 | 4.68±0.632 |
| 18:2n-6 | 26.37±1.06 | 25.00±1.13 |
| 20:4n-6 | 4.66±0.243 | 3.92±0.319 |
| Sum n-6 PUFA[a] | 33.05±1.08 | 30.73±1.20 |

### Figure 4: Hunger/Satiety Levels

An acute study measuring hunger scores of participants treated with Salba added to white bread. Because it absorbs 8-10 times its weight in water, **Salba substantially reduces hunger.**



High
Int
Low
Control

### Figure 5: Coagulation Factors

A long-term study examining the effect of Salba on blood clotting. **Salba lowers vWF clotting factor by 25%.**



Fibrinogen (mg/dl)   Factor VIII (IU/ml)   vWF (IU/ml)
Salba   Control

### Figure 6: Body Inflammation

In this long-term study, Salba's effect on low-

### Figure 7: Systolic Blood Pressure

A long-term clinical study proved that **Salba**

## Want to Buy SalbaRx Online?

**Visit Store »**

**Salba Rx Naturally Supports:**

- Cardiovascular Health
- Muscle Energy & Endurance
- Joint Function & Mobility
- Digestive Regularity & Detoxification
- Stabilized Blood Sugar Levels
- Reduced Blood Sugar
- Memory & Mental Clarity
- Hormone Modulation
- Heightened Libido Function

**Supplement Facts**
Click here to download the Complete Salba Rx Nutrition Facts Panel

**Clinical Study** *NEW!*
Salba Improves Major and Emerging CVD Risk Factors in Type 2 Diabetes

**Find a Practitioner**
Search a List of Licensed Doctors and Practitioners Carrying Salba Rx



grade inflammation was measured over a 12-week span. **Salba reduces CRP by 40%.**

reduces systolic blood pressure by 6mmHg after 12 weeks of consumption.



**Doctors:** For information about carrying Salba Rx, contact us.

Copyright 2008-2011 Ancient Naturals, LLC

Ancient NATURALS