IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01306-REB-KLM

SALBA CORP., N.A., a Canadian corporation,
SALBA SMART NATURALS PRODUCTS, a Colorado limited liability company,
WILLIAM A. RALSTON, and
RICHARD L. RALSON,

    Plaintiffs,

v.

X FACTOR HOLDINGS, LLC, an inactive Florida limited liability company, and
ANCIENT NATURALS, LLC, a Florida limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Stay Litigation** [Docket No. 33; Filed March 7, 2013] (the "Motion"). In the Motion, the parties state that they have settled this matter but require a 120-day stay in order for the parties to perform certain tasks pursuant to their settlement agreement, such as transfer and recordation of intellectual property rights and payment of money. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**.

    IT IS FURTHER **ORDERED** that this matter is **STAYED** through and including **July 5, 2013**.

    IT IS FURTHER **ORDERED** that dismissal papers are due **on or before July 12, 2013**.

    IT IS FURTHER **ORDERED** that the pending discovery deadline of April 19, 2013 and the pending dispositive motions deadline of May 17, 2013 are **VACATED**.

    Dated: March 18, 2013