**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01306-REB-KLM

SALBA CORP., N.A., a Canadian corporation,
SALBA SMART NATURALS PRODUCTS, a Colorado limited liabilty company,
WILLIAM A. RALSTON, and
RICHARD L. RALSTON,

      Plaintiffs,

v.

X FACTOR HOLDINGS, LLC, an inactive Florida limited liability company, and
ANCIENT NATURALS, LLC, a Florida limited liability company,

      Defendants.

## ORDER STAYING CASE AND VACATING TRIAL

**Blackburn, J.**

This matter is before me on the parties' **Joint Status Report and Motion To Stay Litigation** [#36][1] filed July 2, 2013. On March 7, 2013, the parties executed a settlement agreement resolving their dispute. The settlement agreement requires the parties to perform certain tasks. Shortly after the settlement agreement was executed, this case was stayed pending completion of the tasks contemplated in the settlement agreement. Some of the tasks have been completed; other tasks have not yet been completed. The parties anticipate that the tasks not yet completed can be completed within the coming three months.

Currently, trial is set to begin on August 12, 2013. Anticipating that it will take an

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

additional three months to complete all of the tasks contemplated in the settlement agreement, the parties seek an extension of the existing stay of this litigation until October 5, 2013. They propose to file a stipulated motion to dismiss this case on or before October 5, 2013.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Joint Status Report and Motion To Stay Litigation** [#36] filed July 2, 2013, is **GRANTED**;

2. That except for proceedings in aid of the parties' efforts to complete the tasks required by their settlement agreement, this case is **STAYED** until October 5, 2013;

3. That the Trial Preparation Conference currently set July 26, 2013, at 3:30 p.m., and the trial currently set to begin August 12, 2013, at 8:30 a.m. are **VACATED**;

4. That on or before October 5, 2013, the parties **SHALL FILE** their anticipated joint stipulated motion to dismiss this case based on their settlement agreement.

Dated July 22, 2013, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge