IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01306-REB-KLM

SALBA CORP., N.A., a Canadian corporation,
SALBA SMART NATURALS PRODUCTS, a Colorado limited liability company,
WILLIAM A. RALSTON, and
RICHARD L. RALSON,

      Plaintiffs,

v.

X FACTOR HOLDINGS, LLC, an inactive Florida limited liability company, and
ANCIENT NATURALS, LLC, a Florida limited liability company,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Motion to Lift Stay** [#38][1] (the "Motion"). A Response [#40] and a Reply [#41] have been filed. In the Motion, Plaintiffs seek to lift a stay imposed by Order dated July 22, 2013 [#37], due to Defendants' alleged breach of the settlement agreement. However, according to the Order, the case was stayed until October 5, 2013. That date has come and gone. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#38] is **DENIED as moot**.

      IT IS FURTHER **ORDERED** that the Clerk of the Court shall remove the setting on the electronic docket indicating that this matter is stayed.

      IT IS FURTHER **ORDERED** that a second Scheduling Conference is **SET** for **December 17, 2013** at **10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit a second proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the second proposed scheduling order no later than **December 10, 2013**. **Failure to timely file a second proposed scheduling order shall result in a recommendation that this case be administratively closed.**

      Dated: November 26, 2013

---

[1] "[#38]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). The Court uses this convention throughout this Order.