**Exhibit B**

## TRADEMARK ASSIGNMENT AND COPYRIGHT LICENSE

This TRADEMARK ASSIGNMENT AND COPYRIGHT LICENSE ("Assignment and License") is entered into this 20 day of March 2013 (the "Effective date"), by and between Salba Smart Natural Products, LLC, a corporation formed in accordance with the laws of Colorado (the "Transferee"), and X Factor Holdings, LLC, a limited liability company organized and existing under the law of the State of Florida ("X Factor"), Ancient Naturals, LLC ("Ancient Naturals"), and Mitchell A. Propster, a resident of the State of Florida ("Propster"), Core Naturals, LLC, a limited liability company organized and existing under the law of the State of Florida ("Core"), and Natural Guidance, LLC, a limited liability company organized and existing under the law of the State of Florida ("Natural Guidance") (collectively, the "Transferor").

WHEREAS, this Assignment and License is being entered into pursuant to a Settlement Agreement and Release dated March 7 2013 (the "Settlement Agreement");

WHEREAS, Transferor is the owner of all right, title and interest in and to the trademarks listed in Exhibit 1A (the "Trademarks"), together with the goodwill of the business connected with and symbolized by the Trademarks;

WHEREAS, Transferor desires to assign the Trademarks to Transferee, and Transferee desires to accept such assignment;

WHEREAS, Transferor is also the owner of all right, title and interest in and to materials containing the word SALBA or any derivative or form thereof, including, without limitation, all copyrights associated with documents, illustrations, labels, photographs, representations or other forms of use of the word SALBA including website content hosted as of the date that the Settlement Agreement is signed at the salba.com, salbausa.com, salbastore.com, salbarx.com or salbamiracle.com domains to which Transferor claims or may claim any copyright under United States federal law, state law, common law, or the law of any foreign country (the "SALBA Works"); and

WHEREAS, Transferor desires to provide a license to use the SALBA Works to Transferee, and Transferee desires to accept such license;

NOW, THEREFORE, for good and valuable consideration set forth in the Settlement Agreement, the receipt and adequacy of which are acknowledged, the parties hereby agree as follows.

1. Trademark Assignment

A. Transferor hereby sells, assigns, transfers and conveys to Transferee the entire right, title, interest in and to the Trademarks in the United States and worldwide, including all rights under common law relating to each Trademark, the corresponding registrations and applications for each Trademark, together with the goodwill symbolized by the Trademarks, including, without limitation, (1) the right to renew any registrations included in the Trademarks, the right to apply for trademark registrations within or outside the United States based in whole or in part upon the Trademarks, and any priority right that may arise from the Trademarks; (2) all income, royalties, and damages hereafter due or payable to Transferor from third parties with respect to the Trademarks, including without limitation, damages and payments from third parties

for past or future infringements and misappropriations of the Trademarks; and (3) all rights to sue third parties for past, present and future infringements, dilution, misuse or misappropriations of the Trademarks and to secure injunctive relief against any third party, all of which to be held and enjoyed by Transferee as fully and entirely as said interest could have been held and enjoyed by Transferor had this sale, assignment, transfer and conveyance not been made.

B. Transferor hereby agrees to, at the expense of Transferee, execute, acknowledge and deliver any and all documents and to take such other and further actions as Transferee, in its reasonable discretion deems desirable or necessary to make a record with any and all government agencies, authorities, courts, tribunals, or third parties, of the fact that Transferee owns all right, title and interest in and to the Trademarks and all goodwill associated therewith, and that Transferor no longer has any right, title or interest, of any kind or nature, in or to the Trademarks.

C. Transferor authorizes the Commissioner of Trademarks of the United States and other empowered officials of the United States Patent and Trademark Office and in any applicable jurisdictions outside the United States to record the transfer of the registrations set forth on Exhibit 1A to Transferee as assignee of Transferor's entire right, title and interest therein. Transferor agrees to further execute any documents reasonably necessary to effect this assignment or to confirm Transferee's ownership of the Trademarks.

D. The Transfer of the entire right, title and interest of Transferor's Trademarks in the United States and worldwide to Transferee does not create a post-transfer basis for any claim of trademark income, royalties, damages or otherwise by Transferee against Transferor. Any such claims are barred by the terms of this Trademark Assignment and the Settlement Agreement into which it is incorporated.

2. Copyright License

A. Transferor hereby grants to Transferee an irrevocable, unrestricted, worldwide, perpetual, royalty free, fully assignable, fully transferable right and license to use, modify, reproduce, distribute, display, perform, publish, sell, prepare derivative works of, and otherwise utilize and exploit ("Use") the SALBA Works. If for any reason the foregoing grant of license is deemed insufficient to grant Transferee an unrestricted, world-wide, perpetual, royalty free, exclusive, fully assignable right and license in and to the SALBA Works, then Transferor agrees to and hereby does covenant to Transferee not to enforce any rights in or to the SALBA Works against Transferee, including, without limitation, any moral rights, copyrights or other intellectual property or proprietary rights in or to the SALBA Works to the full extent necessary for Transferee to fully Use the SALBA Works without restriction or limitation.

B. Transferor hereby represents and warrants that it will not grant or otherwise convey a license and/or sublicense to Use the SALBA Works to any third party.

C. Transferee acknowledges that Transferor claims sole ownership of all right, title and interest, including, without limitation, all copyrights in the SALBA Works.

3. Transferor hereby represents and warrants that Transferor has not entered and will not enter into any assignment, contract or understanding that would result in (1) the assignment of

less than the entire right, title and interest to the Trademarks assigned hereby or (2) the license of less than the right to fully Use the SALBA Works licensed hereby.

4. Transferor represents and warrants (i) that Transferor is the sole and exclusive owner of all right, title and interest in and to the Trademark and SALBA Works, including all copyright, trademark and all other intellectual property rights in the Trademarks and SALBA Works, (ii) the Trademarks and SALBA Works do not, and the Use thereof by Transferee does not and will not, violate, infringe, or misappropriate the copyright, trademark, patent or other intellectual property right of any third party, and (iii) the grant of the rights and licenses in and to the Trademarks and SALBA Works to Transferee hereunder will not violate, infringe, or misappropriate any rights of any third party, nor will the grant of the rights and licenses in and to the Trademarks and SALBA Works to Transferee hereunder cause a breach of any agreement to which Transferor is a party.

5. This Assignment and License will be interpreted and enforced under the laws of the State of Colorado, without application of its conflicts or choice of law rules. This Assignment and License is binding upon the parties and their respective heirs, successors, and assigns.

6. Should any provision of this Assignment and License be considered unenforceable by a court of law, the remainder of this Agreement will remain in force to the fullest extent permitted by law.

IN WITNESS WHEREOF , the parties for themselves, their successors, personal representatives and assigns, hereby agree to the full performance of the covenants of this Agreement, and have, through their duly authorized representatives, executed this Agreement on the dates set forth below.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK; SIGNATURE PAGES FOLLOW]

TRANSFEROR By: Title: MITCHELL PROPSTER
OWNER/MGR X FACTOR HOLDINGS

STATE OF _FLORIDA_:

CITY AND COUNTY OF _Lake Mary, Seminole_: On this 20th day of _March_, 2013, before me, a Notary Public in and for the State of _Florida_, personally appeared _Mitchell Propster_ known by me to be above-named person and an officer of _X Factor Holdings_, duly authorized to execute this Assignment on behalf of _____ who signed and executed the foregoing instrument on its behalf. Given under my hand and seal of office this 20th day of _March_, 2013. My commission expires: 3/29/2015

KELLEY A. McCORMICK
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE062051
Expires 3/29/2015

Notary Public _Kelley A M McCormick_

Address _1640 International PKWY Lake Mary FL 32746_

By: MITCHELL PROPSTER

Title: OWNER/MGR  ANCIENT NATURALS

STATE OF _Florida_: CITY AND COUNTY OF _Seminole_

On this 20th day of _March_, 2013 before me, a Notary Public in and for the State of _Florida_, personally appeared _Mitchell Propster_ known by me to be above-named person and an officer of _Ancient Naturals_, duly authorized to execute this Assignment on behalf of _____ who signed and executed the foregoing instrument on its behalf.

Given under my hand and seal of office this 20th day of _March_, 2013

My commission expires: 3/29/2015

_Kelley A M McCormick_

Notary Public

KELLEY A. McCORMICK
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE062051
Expires 3/29/2015

Address _1540 International PKWY Lake Mary FL 32746_

TRANSFEROR By: Title: MITCHELL PROPSTER [signature]

STATE OF _FLORIDA_: FORMER OWNER MGR - CORE NATURALS

CITY AND COUNTY OF Lake Mary, Seminole: On this 20th day of _March_, 2013, before me, a Notary Public in and for the State of _Florida_, personally appeared Mitchell Propster, known by me to be above-named person and an officer of Core Naturals, duly authorized to execute this Assignment on behalf of _____ who signed and executed the foregoing instrument on its behalf. Given under my hand and seal of office this 20th day of March, 2013. My commission expires: 3/29/2015

Kelley A McCormick
Notary Public

Address  1540 International PKWY
         Lake Mary FL 32746

By: MITCHELL PROPSTER [signature]

Title: OWNER / MGR    NATURAL GUIDANCE

STATE OF Florida : CITY AND COUNTY OF Seminole

On this 20th day of March, 2013, before me, a Notary Public in and for the State of Florida, personally appeared Mitchell Propster, known by me to be above-named person and an officer of Natural Guidance, duly authorized to execute this Assignment on behalf of _____ who signed and executed the foregoing instrument on its behalf.

Given under my hand and seal of office this 20th day of March, 2013

KELLEY A. McCORMICK
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE062051
Expires 3/29/2015

My commission expires: 3/29/2015

Kelley A McCormick
Notary Public   1540 International PKWY
Address         Lake Mary FL 32746

KELLEY A. McCORMICK
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE062051
Expires 3/29/2015

By: Title: STATE OF Mitchell Propster ~~Individual~~ [signature]

Florida:

CITY AND COUNTY OF Seminole Lake Mary On this 20th day of March, 2013 before me, a Notary Public in and for the State of Florida, personally appeared Mitchell Propster known by me to be above-named person and an officer of self, duly authorized to execute this Assignment on behalf of _____ who signed and executed the foregoing instrument on its behalf. Given under my hand and seal of office this 20th day of March, 2013. My commission expires: 3/29/2015

KELLEY A. McCORMICK
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE062051
Expires 3/29/2015

Notary Public Kelley A McCormick

Address 1540 International Pkwy Lake Mary FL 32746

By:

Title:

STATE OF _____ : CITY AND
COUNTY OF _____ :

On this ___ day of _____, 20__, before me, a Notary Public in and for the State of _____, personally appeared _____, known by me to be above-named person and an officer of _____, duly authorized to execute this Assignment on behalf of _____ who signed and executed the foregoing instrument on its behalf.

Given under my hand and seal of office this ___ day of _____, 20__.

My commission expires:

Notary Public

Address

**Exhibit 1A**
Trademarks

| *Mark* | *Reg. No.* | *Status* |
|---|---|---|
| **Int'l Class & Goods** | **Reg. Date** | **Action Due** |

| Mark | Country | Registration Number | Status |
|---|---|---|---|
| Salba | Ecuador | 6973-10 | Completed |
| Salba | Korea | 40-884843 | Completed |
| Salba | Puerto Rico | 830655018 | In Process |
| Salba Vida | Mexico | 1253192 | Completed |
| Salba | Peru | 169147 | Completed |

# Instituto Ecuatoriano de la Propiedad Intelectual



## IEPI

Dirección Nacional de Propiedad Industrial          Título N° 6973-10

En cumplimiento a lo dispuesto en la Resolución N° 98895 de 19 de noviembre de 2010 y en virtud de la delegación de 26 de marzo del 2010, contenida en la Resolución No. 03-2010-DNPI-IEPI se procede a OTORGAR el título que acredita el registro de la MARCA DE PRODUCTO, trámite número 226220, de marzo 11 de 2010.

| | |
|---|---|
| **DENOMINACIÓN** | Salba y Logo |
| **PRODUCTOS O SERVICIOS QUE PROTEGE** | Suplementos alimenticios y nutricionales y alimentos, todos estos comprendidos en esta clase.<br>CLASE INTERNACIONAL 5 |
| **DESCRIPCIÓN DEL SIGNO** | Igual a la etiqueta adjunta con todas las reservas que sobre ella se hacen. |
| **VENCIMIENTO** | 19 de noviembre de 2020 |
| **TITULAR** | X FACTOR HOLDINGS, LLC |
| **DOMICILIO** | 5703 RED BUG LAKE RD., SUITE 190, WINTER SPRINGS, FL 32708, ESTADOS UNIDOS DE AMERICA |
| **APODERADO** | FABARA VERA, MARIA ROSA |

Quito D.M., 30 de diciembre de 2010

Ab. Lilian Carrera González
DELEGADA DE LA DIRECCIÓN NACIONAL DE PROPIEDAD INDUSTRIAL

J.A.Q.





KIM & CHANG

# CERTIFICATE OF TRADEMARK REGISTRATION

| | | | |
|---|---|---|---|
| Registration No.: | 40-884843 | Application No.:<br>Filing Date:<br>Registration Date: | 40-2010-8605<br>February 17, 2010<br>October 12, 2011 |
| | *Expiry Date:<br>*Renewal Period: | October 12, 2021<br>October 13, 2020 ~ October 12, 2021 | |

Owner(s):   X Factor Holding, LLC
5703 Red Bug Lake Rd.
Suite 190
Winter Springs, FL 32708
U.S.A.

Trademark:   **Salba**

Class:   29

Goods:   Nutritional bars mainly consisting of nuts (preserved); nutritional foods-supplements mainly consisting of nuts (preserved).

This is to certify that the Trademark is registered on the register of the Korean Intellectual Property Office.

October 12, 2011

**COMMISSIONER, THE KOREAN INTELLECTUAL PROPERTY OFFICE**

# 상표등록증

CERTIFICATE OF TRADEMARK REGISTRATION

등 록 제 40-0884843 호
(REGISTRATION NUMBER)

출원번호 (APPLICATION NUMBER) 제 2010-0008605 호

출 원 일 (FILING DATE:YY/MM/DD) 2010년 02월 17일

등 록 일 (REGISTRATION DATE:YY/MM/DD) 2011년 10월 12일

상표권자
(OWNER OF THE TRADEMARK RIGHT)

엑스 팩터 홀딩스, 엘엘씨

미국 플로리다 (우편번호: 32708) 윈터 스프링스 레드 벅 레이크 로드 5703 스위트 190

상표를 사용할 상품 및 구분
(LIST OF GOODS)

제 29 류

보존처리된 견과류를 주원료로 한 영양바(nutritional bars mainly consisting of nuts - preserved)등 2건




위의 표장은 「상표법」에 의하여 상표등록원부에 등록되었음을 증명합니다.

(THIS IS TO CERTIFY THAT THE TRADEMARK IS REGISTERED ON THE REGISTER OF THE KOREAN INTELLECTUAL PROPERTY OFFICE.)

2011년 10월 12일



특 허 청

COMMISSIONER, THE KOREAN INTELLECTUAL PROPERTY OFFICE



존속기간갱신등록신청일은 2021년 10월 12일까지이며 등록원부로 권리관계를 확인바랍니다.

**INPI**
Instituto Nacional da Propriedade Industrial

Consulta à Base de Dados do INPI

[ Pesquisa Base Patentes | Pesquisa Base Desenhos | Ajuda? ]

» Consultar por: No.Processo | Marca | Titular | Cód. Figura | Finalizar Sessão

**DETALHES DO PROCESSO**

| | |
|---|---|
| Nº do Processo: | 830655018 |
| CGC/CPF/Nº do INPI: | |
| Titular: | X FACTOR HOLDINGS, LLC |
| Marca: | SALBA |
| Nome do Procurador: | ADVOCACIA PIETRO ARIBONI S/C |
| Nº da Prioridade: | |
| Data de Prioridade: | |
| País da Prioridade: | |

Data do Depósito: 18/06/2010
Situação: Ped.Com.
Apresentação: Mista
Classe Prod./Serv.: NCL(9) 05
CFE(4): 27.5.1

Vigência:
Concessão:
Caducidade:
Natureza: De Produto
Especificação: SUPLEMENTOS ALIMENTA...

**PUBLICAÇÕES**

| Nº RPI | Data RPI | Despacho | Situação | Complemento do Despacho |
|---|---|---|---|---|
| 2064 | 27/07/2010 | 003 | Ped.Com. | |

Dados atualizados até 22/05/2012 - Nº da Revista: 2159

voltar

## TITULO DE REGISTRO DE MARCA



Instituto
Mexicano
de la Propiedad
Industrial

### X FACTOR HOLDINGS, LLC.

Nacionalidad   ESTADOUNIDENSE
Domicilio      5703 RED BUG LAKE RD., SUITE 190
               WINTER SPRINGS, FL.   32708   ESTADOS UNIDOS DE AMERICA

**Registro**        1253192                                  Tipo de Marca   NOMINATIVA
**Signo distintivo** SALBA VIDA
Clase 5
Se aplica a SUPLEMENTOS ALIMENTICIOS Y NUTRICIONALES; ALIMENTOS PARA BEBES, ALIMENTOS DIETETICOS PARA ANCIANOS PARA USO MEDICO.

Expediente            1077103
Fecha de presentación  MAR 25, 2010
Hora                  12:05

El registro de referencia se otorga con fundamento en los artículos 1°, 2° fracción V, 6° fracción III, 125 y 126 de la Ley de la Propiedad Industrial.

De conformidad con el artículo 95 de la Ley de la Propiedad Industrial, el presente registro tiene una vigencia de diez años contados a partir de la fecha de presentación de la solicitud y el mismo podrá renovarse por períodos de la misma duración, en los términos establecidos en los artículos 133 y 134 del mismo Ordenamiento Legal.

Quien suscribe el presente título lo hace con fundamento en los artículos 6° fracción III y 7° BIS 2 de la Ley de la Propiedad Industrial; 1°, 3° fracción V inciso b), subíndices ii) y iii) primero y segundo guión respectivamente, 4°, 5°, 11, fracción II y último párrafo y 13 fracción III del Reglamento del Instituto Mexicano de la Propiedad Industrial; 1°, 3°, 4°, 5° fracción V inciso b, subíndices ii) y iii) primero y segundo guión respectivamente, 17 fracción III, 28 y 31 del Estatuto Orgánico de este Instituto; 1°, 3° y 6° inciso a) párrafos antepenúltimo, penúltimo y último del Acuerdo que delega facultades en los Directores Generales Adjuntos, Coordinador, Directores Divisionales, Titulares de las Oficinas Regionales, Subdirectores Divisionales, Coordinadores Departamentales y otros Subalternos del Instituto Mexicano de la Propiedad Industrial. Ordenamientos Legales cuyas reformas, adiciones y modificaciones se encuentran vigentes a la fecha de emisión del presente título.

MEXICO, D.F. A 22 DE NOVIEMBRE DE 2011.

LA COORDINADORA DEPARTAMENTAL DE EXAMEN DE MARCAS 'C'

LIC. PATRICIA EGUIA PEREZ



20110608519

KAM/103316
1 de 1

 

# Registro de la Propiedad Industrial
### Dirección de Signos Distintivos

**CERTIFICADO N° 00169147**

La Dirección de Signos Distintivos del Instituto Nacional de Defensa de la Competencia y de la Protección de la Propiedad Intelectual – INDECOPI, certifica que por mandato de la Resolución N° 016060-2010/DSD – INDECOPI de fecha 14 de Octubre de 2010, ha quedado inscrito en el Registro de Marcas de Producto, el siguiente signo:

| | | |
|---|---|---|
| Signo | : | La denominación SALBA y logotipo, conforme al modelo adjunto |
| Distingue | : | Hierbas y raíces medicinales |
| Clase | : | 05 de la Clasificación Internacional. |
| Solicitud | : | 0429335-2010 |
| Titular | : | MITCHELL ALLEN PROPSTER |
| País | : | Estados Unidos de América |
| Vigencia | : | 14 de Octubre de 2020 |
| Tomo | : | 848 |
| Folio | : | 057 |

PATRICIA GAMBOA VILELA
Directora
Dirección de Signos Distintivos
INDECOPI

**salba**