IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01306-REB-KLM

SALBA CORP., N.A., a Canadian corporation,
SALBA SMART NATURALS PRODUCTS, a Colorado limited liability company,
WILLIAM A. RALSTON, and
RICHARD L. RALSON,

    Plaintiffs,

v.

X FACTOR HOLDINGS, LLC, an inactive Florida limited liability company,
ANCIENT NATURALS, LLC, a Florida limited liability company,
MITCHELL A. PROPSTER, a resident of the State of Florida,
CORE NATURALS, LLC, a Florida limited liability company, and
NATURAL GUIDANCE, LLC, a Florida limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Modification of Second Scheduling Order** [#103] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#103] is **GRANTED**. Defendants X Factor Holdings, LLC, Mitchell A. Propster, Core Naturals, LLC, and Ancient Naturals, LLC shall respond to Plaintiffs' outstanding discovery requests **on or before June 20, 2014**. All parties shall complete all depositions **on or before July 18, 2014**.

    Dated:  May 27, 2014