**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01306-REB-KLM

SALBA CORP., N.A., a Canadian corporation,
SALBA SMART NATURALS PRODUCTS, a Colorado limited liabilty company,
WILLIAM A. RALSTON, and
RICHARD L. RALSTON,

     Plaintiffs,

v.

X FACTOR HOLDINGS, LLC, an inactive Florida limited liability company, and
ANCIENT NATURALS, LLC, a Florida limited liability company,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court *sua sponte*. On January 14, 2014, the court entered its **Order Denying Motion For Temporary Restraining Order** [#63][2].

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Request by Defendants' For Leave to File Amended Response to TRO/Preliminary Injunction** [#54] filed December 27, 2013, is **GRANTED** and the **Defendants' Amended Response To Motion For Temporary RestrainingOrder/Preliminary Injunction** [#56] is accepted for filing; and

     2. That the **Motion for Leave To File Surreply** [#88] filed February 18, 2014, is **GRANTED**. The defendants may file a surreply addressing only new arguments and new evidence raised by the plaintiffs in their reply [#83]. The surreply shall be limited to eight (8) pages, excluding the certificate of mailing. The surreply may be filed on or before September 5, 2014.

     Dated: August 27, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.