**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01306-REB-KLM

SALBA CORP., N.A.,
SALBA SMART NATURALS PRODUCTS,
WILLIAM A. RALSTON, and
RICHARD L. RALSTON,

      Plaintiffs,

v.

X FACTOR HOLDINGS, LLC,
ANCIENT NATURALS, LLC,
MITCHELL A. PROPSTER,
CORE NATURALS, LLC, and
NATURAL GUIDANCE, LLC,

      Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated September 9, 2014, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  */s/ Bob Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge