# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:                September 12, 2014

Deputy Clerk:        Kathleen Finney
Court Reporter:      Tracy Weir

---

**Civil Action No.  12-cv-01306-REB-KLM**

| *Parties:* | *Counsel:* |
|---|---|
| SALBA CORP., N.A., a Canadian corporation, SALBA SMART NATURALS PRODUCTS, a Colorado limited liability company, WILLIAM A. RALSTON, and RICHARD L. RALSTON, | Stephen Gurr Erin Kelly |
| Plaintiffs, | |
| v. | |
| X FACTOR HOLDINGS, LLC, an inactive Florida limited liability company, ANCIENT NATURALS, LLC, a Florida limited liability company, MITCHELL A. PROPSTER, a resident of the State of Florida, CORE NATURALS, LLC, a Florida limited liability company, and NATURAL GUIDANCE, LLC, a Florida limited liability company, | Thomas P. Howard Scott Brenner |
| Defendants. | |

---

## COURTROOM MINUTES

---

**Final Pretrial Conference and Trial Preparation Conference**

**10:18 a.m.    Court in session**

Appearances of counsel.

Opening statements by the court.

Court reviews the items enumerated in the **Second Trial Preparation Conference Order** [#96] entered March 18, 2014.

Now pending before the court is the plaintiffs' **Motion for Second Modification of Scheduling Order** [#107] filed June 27, 2014.

This case is first set to commence trial by jury on September 29, 2014.

Court reviews the proposed pretrial order.

   **IT IS ORDERED**:  The plaintiffs' **Motion for Second Modification of Scheduling Order** [#107] is **DENIED as moot**.

An updated Final Joint Exhibit List shall be presented the first morning of trial.

**11:20 a.m.    Court in recess.**

Total time in court:   01:02

Hearing concluded**.**