**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01306-REB-KLM

SALBA CORP., N.A., a Canadian corporation,
SALBA SMART NATURALS PRODUCTS, a Colorado limited liability company,
WILLIAM A. RALSTON, and
RICHARD L. RALSTON,

       Plaintiffs,
v.

X FACTOR HOLDINGS, LLC, an inactive Florida limited liability company,
ANCIENT NATURALS, LLC, a Florida limited liability company,
MITCHELL A. PROPSTER, a resident of the State of Florida,
CORE NATURALS, LLC, a Florida limited liability company, and
NATURAL GUIDANCE, LLC, a Florida limited liability company,

       Defendants and Counter-Claimants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Motions for Default Judgment** [#196] and the **Order for Permanent Injunction** [#197] of Judge Robert E. Blackburn entered on September 28, 2015, it is

ORDERED that default judgment is entered in favor plaintiffs, Salba Corp., N.A., a Canadian corporation, Salba Smart Naturals Products, a Colorado limited liability company, William A. Ralston, and Richard L. Ralston, and against the defendants, X Factor Holdings, LLC, an inactive Florida limited liability company, Ancient Naturals, LLC, a Florida limited liability company, Mitchell A. Propster, a resident of the State of Florida, Core Naturals, LLC, a Florida limited liability company, and Natural Guidance, LLC, a Florida limited liability company, on the first, second, third, fourth, fifth, sixth, seventh, eighth, and eleventh claims for relief alleged in the amended complaint [#62]; it is

ORDERED that X Factor Holdings, LLC, an inactive Florida limited liability company, Ancient Naturals, LLC, a Florida limited liability company, Mitchell A. Propster, a resident of the State of Florida, Core Naturals, LLC, a Florida limited liability company, and Natural Guidance, LLC, a Florida limited liability company, each are subject to the **Order of Permanent**

**Injunction** [#197]; it is

ORDERED that under 15 U.S.C. § 1117(c), the plaintiffs are awarded statutory damages in the principal amount of 2,800,000 dollars, payable jointly and severally by the defendants; it is

ORDERED that under 15 U.S.C. § 1117(d), the plaintiffs are awarded statutory damages in the principal amount of 4,800,000 dollars, payable jointly and severally by the defendants; it is

ORDERED that under 17 U.S.C. § 504(c)(2), the plaintiffs are awarded statutory damages in the principal amount of 150,000 dollars, payable jointly and severally by the defendants; it is

ORDERED that the total principal amount of this judgment is 7,750,000 dollars; it is

ORDERED that the plaintiffs are awarded their costs, to be taxed by the clerk of the court in the time and manner required by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and it is

ORDERED that post-judgment interest shall accrue from the date of entry of judgment at the rate permitted by law (.34%), as calculated under 28 U.S.C. § 1961.

Dated at Denver, Colorado this 29th day of September, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   K. Finney

K. Finney
Deputy Clerk

s/ Robert E. Blackburn
United States District Judge